IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Richard Wagner,** | : | |
| | : | |
| Plaintiff, | : | Civil Action  2:23-cv-1585 |
| | : | |
| v. | : | JUDGE MICHAEL H. WATSON |
| | : | |
| **The Crown Group LTD,** | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Respectfully submitted:

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. | /s/ Catherine L. Strauss |
| Owen B. Dunn, Jr., Bar (0074743) | Catherine L. Strauss (0072980) (Trial Attorney) |
| Law Offices of Owen Dunn, Jr. | Sara K. Sams (100065) |
| The Offices of Unit C | ICE MILLER LLP |
| 6800 W. Central Ave., Suite C-1 | 250 West Street |
| Toledo, OH 43611 | Columbus, OH 43215 |
| (419) 241-9661 – Phone | Phone: 614.462.2700 |
| (419) 241-9737 - Facsimile | Fax: 614.462.5135 |
| dunnlawoffice@sbcglobal.net | Catherine.Strauss@icemiller.com |
| Counsel for Richard Wagner | Sara.Sams@icemiller.com |
| | Counsel for Defendant The Crown Group LTD |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served via the Court's e-filing system upon all counsel of record on this 3rd day of October 2023.

*/s/ Owen B. Dunn*
Owen B. Dunn, Jr., Esq.